# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Minnesota Ceramic Tile and Allied Trades Fringe Benefit Funds,

Civil File No. 01-193 JRT/FLN

Plaintiffs,

**INJUNCTION**

vs.

Beretania Services, Inc., a Minnesota corporation; a/k/a Beretania Construction Services, Randi K. Simons a/k/a Randi K. Simons-Endersley,

Defendants.

Pursuant to this Court's Order dated October, 2001:

1. Co-Defendant, Beretania Services, Inc. ("Beretania") is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Beretania is delinquent, together with interest and liquidated damages.

2. Beretania is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.

3. Beretania shall cooperate in all ways with this audit.

4. Beretania is required to post with Plaintiffs' TPA a cash or surety bond in the amount of $30,000.00 to the Minnesota Ceramic and Tile and Allied Trades Fringe Benefit Funds.

5. Beretania acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

FILED OCT 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY THE COURT:

Dated: October 31, 2001

John R. Tunheim
United States District Judge